

**PHILLIPS & ASSOCIATES**

*Attorneys at Law*
45 BROADWAY, SUITE 430, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

February 16, 2021

**BY ECF**
Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1310
New York, New York 10007

**SO ORDERED**

The March 18, 2021 initial conference is adjourned to July 1, 2021 at 9:30 a.m.

/s/ George B. Daniels
HON. GEORGE B. DANIELS

MAR 0 4 2021

Re: *Matthew Ponzo v. NYC Messenger, Inc., et al.*;
Case No. 20-CV-10709 (GBD) (KHP)
**Joint Request to Adjourn Initial Pre-Trial Conference**

Dear Judge Daniels:

This office represents Plaintiff Matthew Ponzo in the above-referenced matter. The Parties jointly write to respectfully request that the Initial Pre-Trial Conference currently scheduled for March 18th at 9:30 AM be adjourned pending this matter's referral to the SDNY mediation program and the outcome of same. The Parties also respectfully request permission to submit a two-week status letter regarding the outcome of the mediation and to reschedule the Initial Pre-Trial Conference, at that time, as a means to conserve limited judicial resources. There have been no prior requests to adjourn the Initial Pre-Trial Conference.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

/s/ Yusha D. Hiraman, Esq.
Gregory Calliste, Jr., Esq.
Yusha D. Hiraman, Esq.
**PHILLIPS & ASSOCIATES,**
**Attorneys at Law, PLLC**
*Attorneys for Plaintiff*
45 Broadway, Suite 430
New York, New York 10006

T: (212) 248 – 7431
gcalliste@tpglaws.com
yhiraman@tpglaws.com

CC: Milo Silberstein, Esq. (*Via ECF*)
Amanda Maguire, Esq. (*Via ECF*)
Maria Louisa Bianco (*Via ECF*)