UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
MATTHEW PONZO,

                Plaintiff,

      -against-

NYC MESSENGER, INC., MAYLYN DELEO, *in Her Individual and Official Capacities*, AARON WADE, *in His Individual and Official Capacities*, and CHRIS BOYOFASHOLA, *In His Official and Individual Capacities*,

                Defendants.
------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 5 2021

ORDER

20 Civ. 10709 (GBD)

GEORGE B. DANIELS, United States District Judge:

The initial conference is adjourned from July 1, 2021 to July 21, 2021 at 9:30 a.m.

Dated: June 15, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge