USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEWB PONZO,<br><br>       Plaintiff,<br><br>-against-<br><br>NYC MESSENGER, INC., MAYLYN DELEO, In Her Individual and Official Capacities, AARON WADE, in His Individual and Official Capacities, and CHRIS BOYOFASHOLA, in His Individual and Official Capacities,<br><br>       Defendants. | ORDER SCHEDULING CASE MANAGEMENT CONFERENCE<br><br>1:20-CV-10709 (GBD)(KHP) |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

This case has been referred to me for general pretrial supervision purposes (Doc. No. 30). A Case Management Conference will be held on **Wednesday, January 19, 2022 at 11:00 a.m.** Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267.**

SO ORDERED.

Dated: December 14, 2021
     New York, New York

                    *Katharine H Parker*
                    _____
                    KATHARINE H. PARKER
                    United States Magistrate Judge