UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
MATTHEW PONZO,

                 Plaintiff,

      -against-                             ORDER

                                             20 Civ. 10709 (GBD)
NYC MESSENGER, INC., MAYLYN DELEO, *in
Her Individual and Official Capacities*, AARON
WADE, *in His Individual and Official Capacities*,
and CHRIS BOYOFASHOLA, *In His Official and
Individual Capacities*,

               Defendants.
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

    The September 13, 2022 pretrial conference is adjourned to September 14, 2022 at 11:30 A.M.

Dated: SEP 0 8 2022
New York, New York

                                                          SO ORDERED.

                                                    *George B. Daniels*
                                                    GEORGE B. DANIELS
                                                    UNITED STATES DISTRICT JUDGE