**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MATTHEW PONZO,                              :
                                            :
                        Plaintiff,          :
                                            :
        -against-                           :            ORDER
                                            :
NYC MESSENGER, INC., MAYLYN DELEO, *in*     :        20 Civ. 10709 (GBD)
*Her Individual and Official Capacities*, AARON  :
WADE, *in His Individual and Official Capacities*,  :
and CHRIS BOYOFASHOLA, *In His Official and*  :
*Individual Capacities*,                    :
                                            :
                        Defendants.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

    Pursuant to Plaintiff's letter, (ECF No. 44), a pretrial conference is scheduled for

September 29, 2022 at 10:30 A.M.


Dated: September 26, 2022
       New York, New York

                                        SO ORDERED.

                                        *George B. Daniel*
                                        GEORGE B. DANIELS
                                        United States District Judge