

## Dealy Silberstein & Braverman, LLP

225 Broadway, Suite 1405
New York, New York 10007
T: (212) 385-0066  F: (212) 385-2117
dsblawny.com

William J. Dealy (1946-2012)
Milo Silberstein
Marc D. Braverman
Laurence J. Lebowitz

Amanda E. Maguire
Maria Louisa Bianco

Albert J. Soler
Of Counsel

September 29, 2022

**VIA ECF**

Hon. George B. Daniels
United States District Court
United States Courthouse
500 Pearl Street, Room 1310
New York, New York 10007

SO ORDERED:

/s/ George B. Daniels

George B. Daniels, U.S.D.J.

Dated: SEP 2 9 2022

Re: **Matthew Ponzo v. NYC Messenger Inc. et al**
**S.D.N.Y. Case No. 20-CV-10709**

Dear Judge Daniels:

This firm represents Defendants NYC Messenger, Inc. ("NYC Messenger"), Maylyn Deleo, Aaron Wade and Chris Boyofashola (collectively, "Defendants") in the referenced matter.

Following today's conference before Your Honor, I had the opportunity to speak with my clients and partner and Defendants are not available for trial the week of December 5, 2022. Defendants are available to start the trial beginning on January 3, 2023.

We thank the Court for its attention to this matter.

Respectfully Submitted,

/s

Maria Louisa Bianco

cc:   All parties via ECF

---

Long Island Location: 24 Summit Boulevard, Westhampton, New York 11977 - T: (631) 998-0512