UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
MATTHEW PONZO,

                       Plaintiff,

         -against-                          ORDER

                                               20 Civ. 10709 (GBD)

NYC MESSENGER, INC., MAYLYN DELEO, *in Her Individual and Official Capacities*, AARON WADE, *in His Individual and Official Capacities*, and CHRIS BOYOFASHOLA, *In His Official and Individual Capacities*,

                      Defendants.
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

       The Clerk of the Court is directed to close the open motion at ECF No. 44 (first letter motion to adjourn conference/trial) as having been resolved by this Court's orders at ECF Nos. 45 and 49.

Dated: OCT 11, 2022
New York, New York

                                                  SO ORDERED.

                                                  GEORGE B. DANIELS
                                                  United States District Judge