UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MATTHEW PONZO,

                Plaintiff,                20 **CIVIL** 10709 (GBD)

      -against-                 **JUDGMENT**

NYC MESSENGER, INC., MAYLYN DELEO,
In Her Individual and Official Capacities, AARON
WADE, in His Individual and Official Capacities,
and CHRIS BOYOFASHOLA, in His Official and
Individual Capacities,

                Defendants.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable George B. Daniels, United States District Judge, the jury having returned a verdict in favor of Defendants, and the Complaint is hereby dismissed.

**DATED:** New York, New York
           January _____, 2023

                                                   **RUBY J. KRAJICK**

**So Ordered:**                                     **Clerk of Court**

                                            BY:   K. Mango

   U.S.D.J.                                        **Deputy Clerk**